```
RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Daniel Riggs, Esq.
Nevada Bar No. 12270
701 Bridger Ave., Ste. 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

JAY PHILIP HARDY
LAUREN ROBERTA HARDY

Debtor(s).

BK-S-25-11638-abl
Chapter 13

Hearing Date: June 5, 2025
Hearing Time: 1:30 PM

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN COMBINED WITH TRUSTEE'S REQUEST FOR DISMISSAL**

COMES NOW Chapter 13 Bankruptcy Trustee, RICK A. YARNALL and hereby objects to confirmation of the Chapter 13 Plan and recommends that confirmation be denied and the case dismissed.

On March 25, 2025, the instant bankruptcy case was commenced. See Docket No. 1. The § 341(a) Meeting of Creditors was concluded on May 27, 2025. Confirmation of the proposed plan is currently pending. The Debtor(s) bear the burden of proof on all elements of plan confirmation. See In re Hill, 268 B.R. 548, 552 (B.A.P. 9th Cir. 1994). A proposed plan cannot be confirmed until the Court has ensured that all requirements of §1325 have been satisfied. See United Student Aid Funds, Inc. v. Espinosa, 130 S. Ct. 1367, 1380-81 (2010). Trustee objects to confirmation of the proposed plan because it does not satisfy the confirmation requirement of § 1325.

1

Initially, Trustee opposes confirmation as he has not completed his investigation into the Debtor(s) financial affairs. In order to complete this investigation, the Trustee requests the following documentation and amendments:

- Updated pay verification / profit & loss statements through confirmation;
- Signed authorization form;
- Copy of bank statements: America First CU #4762: Feb 2 thru Mar 25; CashAPP: Dec 25, 2024 thru Mar 25, 2025;
- Amend Schedule I – include Mrs. Hardy's income;
- Amend Schedule J – accurately reflect current expenses;
- May 2025 - P&Ls for riding lessons and horse boarding.

Debtor(s) have a duty to cooperate with the trustee. Failure to do so can result in denial of confirmation and the dismissal of the underlying case. Therefore, confirmation should be denied and the case dismissed if Debtor(s) fail to timely tender the above-mentioned documents to the Trustee.

Trustee further objects to confirmation as the proposed plan is not feasible because the plan fails to provide for the priority claim of Internal Revenue Service [Claim No. 6]. Because Debtor's plan fails to comply with § 1325, confirmation should be denied.

Section 1325(a) requires the Court to withhold from confirming a plan until the plan complies with the applicable provisions of Title 11. 11 U.S.C. § 1325(a). As such, Trustee requests that this court withhold from confirming any proposed plan until the above objections have been resolved. For the foregoing reasons, the Trustee requests that confirmation be DENIED. Trustee further requests that the underlying case be DISMISSED if the Debtor(s) fail to timely resolve this objection to confirmation or become delinquent in plan payments.

DATED this 29th day of May, 2025

Rick A. Yarnall, Chapter 13 Bankruptcy Trustee
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of RICK A. YARNALL, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; and that on the ___29th___ day of May, 2025, I provided a copy of the Trustee's Opposition to Confirmation to each of the following by:

[X] a. **ECF System**:

- JAMES B. BALL    bkecf@bsmplc.com
- ERIK C SEVERINO    erik@mylasvegaslawyers.com, scott@mylasvegaslawyers.com;candace@mylasvegaslawyers.com;tiffany@mylasvegaslawyers.com;kathrine@mylasvegaslawyers.com;severinoer90555@notify.bestcase.com
- RICK A. YARNALL    ecfmail@LasVegas13.com, ecfimport@lasvegas13.com

[X] b. **United States mail, postage fully prepaid**:

JAY PHILIP HARDY
LAUREN ROBERTA HARDY
P.O. BOX 7157
BUNKERVILLE, NV 89007

_____
Cindy Coons, Employee of
RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE