RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Daniel Riggs, Esq.
Nevada Bar No. 12270
701 Bridger Ave, Suite 820
Las Vegas, NV  89101
(702) 853-4500
RAY13mail@LasVegas13.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| IN RE: | BK-S-25-11638-ABL |
|---|---|
| JAY PHILIP HARDY, and LAUREN ROBERTA HARDY | Chapter 13 |
| | Hearing Date: October 23, 2025 |
| Debtor(s) | Hearing Time: 2:00 PM |

**MOTION TO DISMISS**

COMES NOW Chapter 13 Bankruptcy Trustee, RICK A. YARNALL, and hereby moves this Honorable Court for an Order dismissing the above-captioned case pursuant to 11 U.S.C. § 1307. On 03/25/2025 the instant bankruptcy case was commenced and the plan was confirmed on 07/08/2025. The Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307 for the following reasons.

Dismissal is appropriate when a debtor defaults under a confirmed plan. <u>11 U.S.C § 1307(c)(6)</u>. In this case, the confirmed plan requires that the Debtor(s) make monthly payments in the amount of $2,830.00. A review of this case shows that the Debtor(s) last successful payment was made on 6/18/2025. To date, the Debtor(s) are $6,950.00 delinquent in plan payments. Delinquency in plan payments constitutes a material default under the confirmed plan. Therefore, the instant case should be DISMISSED.

1

1      WHEREFORE, the Trustee respectfully requests that this Honorable Court issue an Order

2  Dismissing the instant case for delinquent plan payments.

4  DATED: September 02, 2025

/s/ Daniel Riggs
_____
Daniel Riggs, Esq.
Nevada Bar No.: 12270
701 Bridger Ave, Suite 820
Las Vegas, NV  89101
Attorney for RICK A. YARNALL

**CERTIFICATE OF MAILING**

I hereby certify that I am an employee of RICK A. YARNALL, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; and that on this date I provided a copy of the Trustee's Motion to Dismiss with Notice of Hearing to each of the following by:

[X] a.  ECF System:

Rick A. Yarnall   ecfmail@LasVegas13.com; ecfimport@lasvegas13.com
LAW OFFICE OF ERIK SEVERINO    erik@mylasvegaslawyers.com; severinoer90555@notify.bestcase.com


[X] b. United States mail, postage fully prepaid:

JAY PHILIP HARDY AND LAUREN ROBERTA HARDY
PO BOX 7157
BUNKERVILLE, NV  89007


DATED:   September 02, 2025

/s/ Jennifer Garland
Employee of
RICK A. YARNALL, CHAPTER 13 TRUSTEE

3